ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
APOLINAR VERDUZCO-MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00284-AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
|  | ) CONTINUE SENTENCING |
|  | ) |
| APOLINAR VERDUZCO-MEDINA, | ) Date: March 4, 2013 |
|  | ) Time: 10:00 a.m. |
|  | ) Hon. Anthony W. Ishii |
| Defendant. | ) |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 4, 2013, at 10:00 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until April 8, 2013, at 10:00 a.m. and to exclude time between March 4, 2013, and April 8, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1         a. Due to the unavailability of counsel and the
2    defendant has not been interviewed to determine if the
3    safety valve provision of U.S.C. § 5(C)(1)(2) applies. The
4    defendant is scheduled for this interview on February 20,
5    2013.
6         b. This continuance is needed in order to allow the
7    defendant and the Probation Office to complete the
8    Presentence Report based upon this interview.
9         c. The government does not object to the continuance.
10        d. Based on the above-stated findings, the ends of
11   justice served by continuing the case as requested
12   outweigh the interest of the public and the defendant in a
13   trial within the original date prescribed by the Speedy
14   Trial Act.
15        e. For the purpose of computing time under the Speedy
16   Trial Act, 18 U.S.C. § 3161, et seq., within which trial
17   must commence, the time period of March 4, 2013, to April
18   8, 2013, inclusive, is deemed excludable pursuant to 18
19   U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a
20   continuance granted by the Court at defendant's request on
21   the basis of the Court's finding that the ends of justice
22   served by taking such action outweigh the best interest of
23   the public and the defendant in a speedy trial.
24   4. Nothing in this stipulation and order shall preclude a
25 finding that other provisions of the Speedy Trial Act dictate
26 that additional time periods are excludable from the period
27 within which a trial must commence.
28 ///

IT IS SO STIPULATED.

Dated: February 19, 2013

                           */s/ Elana S. Landau*
                           Assistant United States Attorney

Dated: February 19, 2013

                           */s/ Anthony P. Capozzi*
                           Anthony P. Capozzi
                           Attorney for
                           APOLINAR VERDUZCO-MEDINA

### **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from March 4, 2013, to, and including, April 8, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Sentencing currently scheduled on March 4, 2013, at 10:00 a.m. is continued to April 8, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  February 20, 2013             _____
                                           SENIOR DISTRICT JUDGE